# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALEADER GROUP, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-09841-JLS-PVCx<br><br>**FINAL JUDGMENT AGAINST DEFENDANT ALEADER GROUP, INC.** |

The Court, having granted Plaintiff's Application for Entry of Default Judgment (the "Motion"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final default judgment shall be entered in favor of Plaintiff in the amount of $32,400 (consisting of damages in the amount of $30,000.00 and $2,400.00 in attorney's fees) and against Defendant Aleader Group, Inc.

IT IS FURTHER ORDERED that Defendant, its officers, agents, servants and employees and any persons in active concert or participation with them are permanently restrained and enjoined from further infringement of the Original

Universal 90's Multi Colorway Trade Dress, and from unfairly competing with Plaintiff, either directly or contributorily in any manner, including:

    (a)    Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, and/or selling products which infringe on the Original Universal 90's Multi Colorway Trade Dress, or any designs identical, substantially similar, and/or confusingly similar thereto;

    (b)    Permanently cease and refrain from manufacturing, importing, distributing, offering for sale, or selling within the United States any products that have a combination of all of the following elements of the purported the Original Universal 90's Multi Colorway Trade Dress: (1) an open-toe sandal; (2) a sole having a tread pattern; (3) multiple straps including a toe strap, an instep strap, a heel strap and a tether strap between the toe strap and instep strap, the tether strap being asymmetric and extending only on the lateral side of the sandal; (4) at least one triangle connecting the instep strap to the heel strap, and a triangle connecting the toe strap to the tether strap; (5) each of the multiple straps having a solid color; (6) the multiple straps forming a color block, the color block being at least three colors; and; (7) the colors being selected from the options of blue, pink, orange, yellow and green; and

    (c)    Not knowingly assist, aid, or attempt to assist or aid any person or entity in performing any of the aforementioned prohibited acts.

Dated: December 16, 2024

                                                            HON. JOSEPHINE L. STATON
                                                            UNITED STATES DISTRICT JUDGE